1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

ROBIN GILLEN STARR,                          No.  2:16-cv-0589 AC P

12

Petitioner,

13

v.                                          ORDER

14

UNITED STATES, et al.,

15

Respondents.

16
17

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18

corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma

19

pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however, submitted the certificate

20

portion of the in forma pauperis application that must be filled out and signed by an authorized

21

prison official.  See Rule 3(a)(2), Rules Governing § 2254 Cases.  Petitioner will be provided

22

another opportunity to submit a fully completed application to proceed in forma pauperis.

23

In accordance with the above, IT IS HEREBY ORDERED that:

24

1.  The Clerk of the Court shall provide petitioner with a copy of the in forma pauperis

25

application used by this court; and

26

////

27

////

28

////

1

1        2.  Petitioner shall submit, within thirty days from the date of this order, a fully completed

2    in forma pauperis application.  Petitioner's failure to comply with this order will result in a

3    recommendation that this action be dismissed without prejudice.

4    DATED: May 18, 2016

5    _____

6    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28