UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GILLEN STARR, | No. 2:16-cv-0589 AC P |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES, et al., | |
| Respondents. | |

    Petitioner, a state prisoner proceeding pro se, is currently incarcerated at California State Prison-Sacramento, in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has not, however, submitted the certificate portion of the in forma pauperis application that must be filled out and signed by an authorized prison official. See Rule 3(a)(2), Rules Governing § 2254 Cases. Petitioner will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

    Petitioner is advised that the Clerk of the Court will be directed to send petitioner a copy of the in forma pauperis application currently used by this court. Petitioner should complete the IFP application form and return it to the court. By signing page two of the IFP application form, petitioner may authorize CDCR to provide a certified copy of petitioner's trust account statement

1

directly to the court.  **Petitioner is advised that if he removes the signature or certificate portion of the IFP form, as he has done in the past, petitioner's IFP application will likely be denied as incomplete.**

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 6) is denied without prejudice;
2. The Clerk of the Court shall provide petitioner with a copy of the in forma pauperis application used by this court; and
3. Petitioner shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

DATED: October 6, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE